IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| **RUSSELL DONALD MAYO,** | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:12cv587-TMH |
| | ) | (WO) |
| **GARY HETZEL, et al.,** | ) | |
| | ) | |
|    Respondents. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner Russell Donald Mayo's objections (Doc. No. 19) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 18) is adopted.

(3) The petition for writ of habeas corpus (Doc. No. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner Mayo, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 31st day of March, 2014.**

                                          **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**